**TOWER BRAND AND ASSOCIATES, PLLC**
7047 E. Greenway Parkway, Ste. 250
Scottsdale, Arizona 85254
VOICE: 602-363-0732
FACSIMILE: 480-383-6244

Gervais R. Brand, Esq. (#002280)
g.r.brand@att.net
Attorney for Debtor/Movant

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Donna Marie Harrison,<br><br>Debtor, | No.: 2:11-bk-24716-SSC<br><br>Chapter 13<br><br>ADVERSARIAL PROCEEDING |
| Donna Marie Harrison,<br><br>Movant,<br><br>vs.<br><br>Wells Fargo Bank, N.A.; John Does I-III, Jane Does I-III; Black Corporations I-III; XYZ Partnerships I-III,<br><br>Respondents. | Adv. No.: 2:12-ap-02056-SSC<br><br>CERTIFICATE OF SERVICE OF PETITION AND AMENDED PETITION TO VALUE COLLATERAL AND DETERMINE LIEN PRINCIPAL AND DETERMINE THE VALIDITY, EXTENT, AND/OR PRIORITY OF LIENS AND SUMMONS |

STATE OF ARIZONA  )
                  ) ss.
County of Maricopa )

I, Gervais R. Brand, under oath, depose and say:

That on the 20th day of December, 2012, I caused to be mailed a copy of the PETITION/ AMENDED PETITION TO VALUE COLLATERAL AND DETERMINE LIEN PRINCIPAL AND TO

DETERMINE THE VALIDITY, EXTENT, AND/OR PRIORITY OF LIENS, and a copy of the SUMMONS, copies of which are attached hereto as Exhibits "A" and Exhibit "B" in the above captioned matter, by Certified U.S. Mail, Return Receipt Requested, postage prepaid to:

> Wells Fargo Bank, N.A.
> John Stumpf, President
> 420 Montgomery Street
> San Francisco, CA 94163
>
> Wells Fargo Bank, N.A.
> Home Equity Group
> 1 Home Campus X2303-01A
> Des Moines, IA 50328-0001

Dated this 20th day of December, 2012.

> TOWER BRAND AND ASSOCIATES, PLLC
>
> _/s/ Gervais R. Brand_
> Gervais R. Brand
> 7047 E. Greenway Parkway, Suite 250
> Scottsdale, AZ 85254

SUBSCRIBED AND SWORN to before me this 20th day of December, 2012.

_/s/ Deborah Van Dyk_
Notary Public

My Commission Expires:

> Notary Public State of Arizona
> Maricopa County
> Deborah Van Dyk
> My Commission Expires 12/08/2014